## CORPORATE RESOLUTION

A meeting of the members of AT EMERALD, LLC, a Nevada Limited Liability Company, having been conducted on March 3, 2014, the following resolution was passed:

WHEREAS, it is in the best interests of AT EMERALD, LLC, a Nevada Limited Liability Company (the "Company") to file a voluntary petition in the United States Bankruptcy Court, District of Nevada, pursuant to Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that ANTHONY THOMAS, Managing Member of AT EMERALD, LLC, a Nevada Limited Liability Company, shall be and is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the Company;

BE IT FURTHER RESOLVED, that ANTHONY THOMAS, Managing Member of AT EMERALD, LLC, a Nevada Limited Liability Company, is authorized and directed to appear in all such bankruptcy proceedings on behalf of the Company, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents and schedules on behalf of the Company and as necessary in conjunction with the Chapter 11 proceeding; and

FURTHER RESOLVED, that the Law Offices of Alan R. Smith be retained as attorneys for the Company to represent it in its Chapter 11 proceeding.

**DATED** this _4_ day of March, 2014.


AT EMERALD, LLC
a Nevada Limited Liability Company


_____
ANTHONY THOMAS, Managing Member