|   |   |
|---|---|
| ALAN R. SMITH, ESQ.<br>Nevada Bar No. 1449<br>HOLLY E. ESTES, ESQ.<br>Nevada Bar No. 11797<br>Law Offices of Alan R. Smith<br>505 Ridge Street<br>Reno, Nevada  89501<br>Telephone (775) 786-4579<br>Facsimile (775) 786-3066<br>**Email: mail@asmithlaw.com**<br><br>Attorney for Debtors<br>ANTHONY THOMAS and WENDI<br>THOMAS and AT EMERALD, LLC | *ELECTRONICALLY FILED*<br>*March 25, 2014* |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>AT EMERALD, LLC,<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br><br>                    Debtors,<br>_____/ | Case No.  BK-N-14-50331-BTB<br>Case No.  BK-N-14-50333-BTB<br><br>Chapter 11 Cases<br><br>[Joint Administration - PENDING]<br><br>**NOTICE OF HEARING ON MOTION<br>FOR  JOINT ADMINISTRATION**<br><br>Hearing Date:  May 7, 2014<br>Hearing Time: 10:00 a.m. |

**NOTICE IS HEREBY GIVEN** that on March 25, 2012, AT EMERALD, LLC filed its Motion For Joint Administration ("Motion") by electronic filing with the United States Bankruptcy Court, District of Nevada.  The Motion requests an order directing the joint administration of the AT Emerald, LLC, Chapter 11 case, Case No. 14-50331, with the Chapter 11 case of Anthony Thomas and Wendi Thomas, Case No. 14-50333.

**NOTICE IS FURTHER GIVEN** that any opposing memoranda to the Motion must be filed pursuant to Fed.R.Bankr.P. 9006(f) for notice provided by electronic transmission and Local Rule 9014(d)(1).

>...[A]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion.  The opposition must set forth all relevant

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald, LLC\Jt Admin\NOH Mot Jt Admin & Subst Consld 032514-dlg.wpd

1 facts and any relevant legal authority. An opposition must be supported by
2 affidavits or declarations that conform to the provisions of subsection (c) of this rule.

> If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> • The court may refuse to allow you to speak at the scheduled hearing; and
> • The court may rule against you without formally calling the matter at the hearing.

Copies of the Motion may be obtained by written request from the Law Offices of Alan R. Smith at the address above or may be obtained directly from the Bankruptcy Court's website at www.nvb.uscourts.gov (requires the establishment of a PACER account) or from the United States Bankruptcy Court Clerk's Office at 300 Booth Street, Reno, Nevada 89509, during the office hours of 9:00 a.m. to 3:30 p.m. weekdays.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada on **May 7, 2014, at 10:00 a.m.**

DATED this 25th day of March, 2014.

LAW OFFICES OF ALAN R. SMITH

By:   */s/ Alan R. Smith*
ALAN R. SMITH, ESQ.
Attorney for Debtor
AT EMERALD, LLC

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald, LLC\Jt Admin\NOH Mot Jt Admin & Subst Consld 032514-dkg.wpd

2