*[Signature: Bruce T. Beesley]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 27, 2014

_____

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
HOLLY E. ESTES, ESQ.
Nevada Bar No. 11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
E-mail: mail@asmithlaw.com

Proposed Attorney for Debtor

*ELECTRONICALLY LODGED*
*March 26, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50331-BTB |
| AT EMERALD, LLC, | Chapter 11 |
| Debtor, | **ORDER APPROVING *EX PARTE* APPLICATION TO EMPLOY ATTORNEY FOR DEBTOR** |
| _____/ | [No Hearing Required] |

There having been filed on March 24, 2014, an *Ex Parte* Application To Employ Attorney For Debtor [DE 15] and good cause appearing therefor,

IT IS HEREBY ORDERED that the employment of the Law Offices of Alan R. Smith, as counsel for the Debtor, AT EMERALD, LLC, in these bankruptcy proceedings, shall be, and the same hereby is, authorized and approved effective as of the date of the filing of the petition herein, and

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald, LLC\Employ\Ord App Emply ARS 031814-dlg.wpd

1  IT IS HEREBY FURTHER ORDERED that the Law Offices of Alan R. Smith
2  shall be compensated at reasonable rates as approved by the Court upon future
3  application.

4  APPROVED: /s/ William B. Cossitt

5  William B. Cossitt, Esq., #3484
   Trial Attorney for United States Trustee
6  Tracy Hope Davis

7

8  PREPARED AND SUBMITTED BY:
   LAW OFFICES OF ALAN R. SMITH
9
   By:    /s/ Alan R. Smith
10     ALAN R. SMITH, ESQ.
       Proposed Attorney for Debtor
11

12
   IT IS SO ORDERED
13

14                                    ###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald, LLC\Employ\Ord App Emply ARS 031814-dlg.wpd    - 2 -