ELECTRONICALLY

APR 2 4 2014

FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: AT Emerald, LLC

Case No.     14-50331-BTB

CHAPTER 11
MONTHLY OPERATING REPORT
(SMALL REAL ESTATE/INDIVIDUAL CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: 03/31/14      PETITION DATE: 03/04/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in $1

| 2. Asset and Liability Structure | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| a. Current Assets | $200,000,000 | $200,000,000 | |
| b. Total Assets | $200,000,000 | $200,000,000 | $200,000,000 |
| c. Current Liabilities | | | |
| d. Total Liabilities | $ 541,200 | $541,200 | $541,200 |

| 3. Statement of Cash Receipts & Disbursements for Month | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| a. Total Receipts | $0 | $0 | $0 |
| b. Total Disbursements | $125 | | |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | | | |
| d. Cash Balance Beginning of Month | $200 | | |
| e. Cash Balance End of Month (c + d) | $75 | $1467 | |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/a | N/a | N/a |
| 5. Account Receivables (Pre and Post Petition) | N/a | N/a | |
| 6. Post-Petition Liabilities | | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | N/a | N/A | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | X |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ✓; Check if filing is current for: Post-petition tax reporting and tax returns:
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 4-23-14

_Tony Thomas_
Responsible Individual

Revised 1/1/98

# Basic Business Checking®

Account number: ██████6516 ▪ February 21, 2014 - March 19, 2014 ▪ Page 1 of 4



002371 1 AV 0.381 17051



ԻլԻլիիլիելելերիկինիլելիիրեիիիելելեն
AT EMERALD LLC
7725 PEAVINE PEAK CT
RENO NV 89523-4914

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 2/21 | $4,016.24 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 4,024.24 |
| **Ending balance on 3/19** | **-$8.00** |
| Average ledger balance this period | $1,192.54 |

Account number: ██████6516

**AT EMERALD LLC**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████0742

For Wire Transfers use
Routing Number (RTN): ████0248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDA11UTVC 002371 NNNNNNNNNN NNN 001 002 825 014837
10828695.2

Account number: ⬛⬛⬛⬛6516 ▪ February 21, 2014 - March 19, 2014 ▪ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|
| 2/24 | | POS Purchase - 02/22 Mach ID 000000 1200 Pitt School Road Dixon CA 5407 00384054019381314 ?McC=5542 | | 76.62 | |
| 2/24 | | POS Purchase - 02/23 Mach ID 000000 Aisle 1 155 Reno NV 5407 00584055068097467 ?McC=5411 | | 102.27 | |
| 2/24 | | POS Purchase - 02/23 Mach ID 000000 Raley S 105 Reno NV 5407 00584055084675563 ?McC=5411 | | 116.54 | 3,720.81 |
| 2/25 | | Check Crd Purchase 02/24 Papa John's #03052 775-787-2999 NV 43074 1xxxxxx5407 46405507605980 ?McC=5814 | | 23.70 | 3,697.11 |
| 2/27 | | Withdrawal Made In A Branch/Store | | 2,155.00 | 1,542.11 |
| 3/3 | | POS Purchase - 03/03 Mach ID 000000 5150 F Mae Anne Avenue Reno NV 5407 00464063013940717 ?McC=5542 | | 75.54 | 1,466.57 |
| 3/4 | | Withdrawal Made In A Branch/Store | | 1,266.57 | 200.00 |
| 3/12 | | Withdrawal Made In A Branch/Store | | 200.00 | 0.00 |
| 3/19 | | Monthly Service Fee | | 8.00 | -8.00 |
| Ending balance on 3/19 | | | | | -8.00 |
| Totals | | | $0.00 | $4,024.24 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 02/21/2014 - 03/19/2014 | Standard monthly service fee $8.00 | You paid $8.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| • Minimum daily balance | $3,000.00 | $0.00 ☐ |
| • Average ledger balance | $6,000.00 | $1,193.00 ☐ |
| • Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| WP/WR | | |

014838

We want to tell you about upcoming changes to your Basic Business Checking account.

Effective April 7, 2014, the name of your account will change to Business Checking. The account monthly service fee will be $12. This fee can be waived with any one of the following:
- $3,000 minimum daily balance
- $6,000 average ledger balance
- Qualifying transaction from a linked Wells Fargo Business Payroll Services Account

If you do not meet one of the requirements noted above, the monthly service fee will appear on your April monthly statement dated on or after April 7, 2014. Monthly service fee details can be found in the "Monthly service fee summary" section of your statement.

What is not changing:
- Your account number will remain the same.
- Automatic bill payments will not be interrupted.

Fee change effective April 1, 2014
- Collections - Domestic: Auto Draft - $25 per item





Account number: ██████6516 ■ February 21, 2014 - March 19, 2014 ■ Page 3 of 4



If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

 Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

# ☑ IMPORTANT ACCOUNT INFORMATION

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

DCDA11UTVC 002371 NNNNNNNNNN NNN NNN 002 002 825 014639    108268852

Account number: ▮▮▮▮▮6516 ▯ February 21, 2014 - March 19, 2014 ▯ Page 4 of 4



## General statement policies for Wells Fargo Bank

▮ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your
register or transfers into
your account which are not
shown on your statement.

$ _____
$ _____
$ _____
+ $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

014840



©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Basic Business Checking®

Account number: ████6516 ■ March 20, 2014 - March 31, 2014 ■ Page 1 of 4



031400 1 AV 0.381 48511
ու||ոՎ||ղ||ԱնոՎ|ոՎղ||իլիոֆ|Ունll||իվ||իո-|||ո-|||ո
AT EMERALD LLC
7725 PEAVINE PEAK CT
RENO NV 89523-4914

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

You are receiving this statement because this account and other account(s) you have with the same account owner(s) and mailing address will be consolidated into one easy-to-read statement. The information you currently receive will not change. We hope you will enjoy this new convenience and "greener" approach. If you do not want your statements combined, please speak with your banker or call the number on your statement.

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/20 | -$8.00 |
| Deposits/Credits | 8.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$0.00** |

Account number: ████6516
**AT EMERALD LLC**
*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████0742

For Wire Transfers use
Routing Number (RTN): ████0248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

DCDA11UTVJ 031400 NNNNNNNNN NNN 001 002  825  181217                10B356572



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 3/28 | | Monthly Service Fee Reversal | 8.00 | | 0.00 |
| **Ending balance on 3/31** | | | | | **0.00** |
| **Totals** | | | **$8.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/20/2014 - 03/31/2014 | Standard monthly service fee $8.00 | You paid $0.00 |
|-------------------------------------|-------------------------------------|----------------|
| The bank has waived the fee for this fee period. | | |

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|-------------------------------------------|------------------|-----------------|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $3,000.00 | $0.00 ☐ |
| · Average ledger balance | $6,000.00 | $0.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |

WR/WR

We want to tell you about upcoming changes to your Basic Business Checking account.

Effective April 7, 2014, the name of your account will change to Business Checking. The account monthly service fee will be $12. This fee can be waived with any one of the following:
- $3,000 minimum daily balance
- $6,000 average ledger balance
- Qualifying transaction from a linked Wells Fargo Business Payroll Services Account

If you do not meet one of the requirements noted above, the monthly service fee will appear on your April monthly statement dated on or after April 7, 2014. Monthly service fee details can be found in the "Monthly service fee summary" section of your statement.

What is not changing:
- Your account number will remain the same.
- Automatic bill payments will not be interrupted.

Fee change effective April 1, 2014
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.



 **TIP** Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.





# IMPORTANT ACCOUNT INFORMATION

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

DCDA11UTVJ 031400 NNNNNNNNNN NNN NNN 002 002 325 181219          108356372,2

Account number: ●●●●●6516 ▣ March 20, 2014 - March 31, 2014 ▣ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

▣ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** | $ |

181220



©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Wells Fargo Combined Statement of Accounts

Primary account number: ████████6909 ▪ March 28, 2014 - March 31, 2014 ▪ Page 1 of 5



031557 1 AV 0.381 48511



AT EMERALD LLC AND ANTHONY THOMAS
DEBTOR IN POSSESSION
CH 11 CASE # 14-50333(DNV)
7725 PEAVINE PEAK CT
RENO NV 89523-4914

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☐ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Gold Business Services Package | 2 | ████6909 | 0.00 | 75.00 |
| Business Market Rate Savings | 4 | ████1793 | 0.00 | 0.00 |
| **Total deposit accounts** | | | **$0.00** | **$75.00** |

Primary account number: ████6909 ▪ March 28, 2014 - March 31, 2014 ▪ Page 2 of 5



**WELLS FARGO**

# Gold Business Services Package

## Activity summary

| | |
|---|---|
| Beginning balance on 3/28 | $0.00 |
| Deposits/Credits | 75.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$75.00** |
| Average ledger balance this period | $75.00 |

Account number: ████6909

**AT EMERALD LLC AND ANTHONY THOMAS
DEBTOR IN POSSESSION
CH 11 CASE # 14-50333(DNV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████0742

For Wire Transfers use
Routing Number (RTN): ████0248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/28 | | Deposit Made In A Branch/Store | 75.00 | | 75.00 |
| **Ending balance on 3/31** | | | | | 75.00 |
| **Totals** | | | **$75.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 03/28/2014 - 03/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee (complete 1 AND 2) | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $75.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balances of: business credit card, Wells Fargo Express Equity* and BusinessLine* lines of credit, Wells Fargo BusinessLoan* term loan | | |
|   - Average daily balances from previous month in business PrimeLine* line of credit and Business PrimeLoan* account, Wells Fargo Express Equity*, SBA, and Equipment Express* loans | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

182286

Primary account number: ████████6909 ▣ March 28, 2014 - March 31, 2014 ▣ Page 3 of 5

WELLS FARGO

*Monthly service fee summary (continued)*

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.

C2/C2

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 1 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

Thank you for opening your Wells Fargo Business Services Package account. In order to ensure you are satisfied with your account, Wells Fargo will be waiving the Monthly Service Fee for the first 90 days to allow you to meet your package requirements. To learn how you can continue to waive the Monthly Service Fee following the 90 day grace period, consult your Fee and Information Schedule, contact your banker or call the National Business Banking Center at the number located on the top of your statement.

 IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

The name of your account will continue to be the Gold Business Services Package.

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.

**Amendment to Funds Availability Policy - Check Deposits at a Wells Fargo ATM**
Effective March 16, 2014, we will increase the amount of your deposit that is made immediately available to you when you make a check deposit at a Wells Fargo ATM. The first $200 of a day's check deposits made at a Wells Fargo ATM will be immediately available for your use or withdrawal on the day we receive the deposit. Cash deposits made at a Wells Fargo ATM are always immediately available.

Primary account number: ████████6909 ▪ March 28, 2014 - March 31, 2014 ▪ Page 4 of 5



---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 3/28 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$0.00** |

Account number: ████████1793

**AT EMERALD LLC AND ANTHONY THOMAS
DEBTOR IN POSSESSION
CH 11 CASE # 14-50333(DNV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ██████0742

For Wire Transfers use
Routing Number (RTN): ██████0248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $0.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2013 | $0.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.



| Fee period 03/28/2014 - 03/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average collected balance | $500.00 | $0.00 ☐ |
| · Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |

YC/YC

# ☑ IMPORTANT ACCOUNT INFORMATION

We want to let you know of the following fee change effective April 1, 2014:
- Collections - Domestic: Auto Draft - $25 per item

If you have questions about these changes, or would like a complimentary financial review to ensure that you have the right accounts to meet your financial goals, please contact your local banker or call the phone number listed at the top of your statement.



182288

Primary account number: ████████6909 ▪ March 28, 2014 - March 31, 2014 ▪ Page 5 of 5





---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DC0A11UTVJ 031567 NNNNNNNNN NNN NNN 003 003 826 182280    108356307,2