1  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
   State Bar #CA 117234
2  WILLIAM B. COSSITT, #3484
3  Office of the United States Trustee
   300 Booth Street, Room 3009
4  Reno NV  89509
   Telephone: (775) 784-5335
5  Fax: (775) 784-5531

6  Attorneys for United States Trustee
7  Tracy Hope Davis

8                   UNITED STATES BANKRUPTCY COURT

9                         DISTRICT OF NEVADA

10

11 In re:                           )    Case no: BK-N-14-50331-btb
                                    )    Chapter: 11
12                                  )
13 AT EMERALD, LLC                  )    NOTICE OF HEARING ON
                                    )    U.S. TRUSTEE'S MOTION TO
14                                  )    CONVERT CASE TO CH. 7
                                    )
15                                  )
                                    )
16                                  )    Hearing Date: July 30, 2014
              Debtor                )    Hearing Time:  10:00 a.m.
17 _____        Est. Time: 10 minutes

18 To: Debtor;  Debtor's counsel; and Parties in Interest

19     **NOTICE IS HEREBY GIVEN** that a MOTION TO CONVERT CASE TO CH. 7 was
20
   filed on April 30, 2014 by the United States Trustee.  The Motion seeks the following relief:
21
22 conversion of the case to Ch. 7.  Any Opposition, Response, or Reply must be filed pursuant to

23 Local Rule 9014(d).

24 / / / / /

25 / / / / /

26 / / / / /

27

28                                    1

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date of this Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court.  You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing and;
- The court may rule against you without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom #2, 5th Floor, Reno, Nevada, on July 30, 2014 at the time of 10:00 a.m.

DATE: April 30, 2014.

/s/ NICHOLAS STROZZA
Attorney for the U.S. Trustee

**CERTIFICATE OF SERVICE**

1.    On April 30, 2014, I served the foregoing NOTICE OF HEARING ON US TRUSTEE'S MOTION TO CONVERT CASE TO CH. 7.

2.    I served the above-named document( by the following means to the persons as listed below:

☑    a. ECF System:

TIMOTHY A LUKAS    ecflukast@hollandhart.com
ALAN R SMITH    mail@asmithlaw.com
U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov

☑    b. U.S. Mail, postage fully prepaid:

AT EMERALD, LLC
7725 PEAVINE PEAK COURT
RENO, NV 89523

I declare under penalty of perjury that the foregoing is true and correct.

    Signed:    April 30, 2014.

    /s/ Robbin Little
    ROBBIN LITTLE