ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*June 23, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re:<br><br>ANTHONY THOMAS and<br>WENDI THOMAS,<br><br>AT EMERALD, LLC,<br><br><br><br><br>Debtors.<br>_____/ | Case No. BK-N-14-50333-BTB<br>Case No. BK-N-14-50331-BTB<br>Chapter 11 Cases<br><br>[Jointly Administered]<br><br>**EX PARTE MOTION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**<br><br>Hearing Date:  OST Pending<br>Hearing Time:  OST Pending |

Debtor, AT EMERALD, LLC, a Nevada limited liability company, by and through its counsel, Alan R. Smith, Esq., of the Law Offices of Alan R. Smith, hereby moves this Court for an order shortening time for notice and hearing on the Debtor's Motion To Sell Assets Free And Clear Of Liens And Motion To File Purchase And Sale Agreement Under Seal (the "Motion") filed on June 23, 2014.

Pursuant to the Motion the Debtor seeks an order authorizing the sale of Debtor's asset, a 21,000 carat emerald. The Purchase And Sale Agreement requires the Debtor to seek approval of the sale on shortened time. Furthermore, although the Debtor believes that the

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\MOST Mot Sell 062014-dlg.wpd

subject emerald is well protected, it is not insured. The U.S. Trustee has brought a motion to convert the case for that reason. *See* Docket No. 27. In light of these facts, the simplicity of the motion, and the fact that the sales price is sufficient to pay all creditors of both cases in full, Debtor requests the Motion be heard within seven days of its filing date as required by the Purchase And Sale Agreement.

Local Rule 9006 provides that the Court may shorten time in appropriate circumstances for good cause. Based upon the foregoing, Debtor believes that good cause exists for shortening time for notice and hearing of the Debtor's Motion. The Debtor's attorney (or his designated employee) has contacted the principal parties affected by the subject Motion and their agreement and comments are in the ATTORNEY INFORMATION SHEET filed separately.

WHEREFORE, Debtor respectfully requests that the Court shorten the time for notice of hearing on the Motion, and that the hearing on said Motion be set within seven days of the filing of the Motion or as soon as possible and as is convenient to the Court's calendar.

Dated this 23rd day of June, 2014.

LAW OFFICES OF ALAN R. SMITH

By: */s/ Alan R. Smith*
ALAN R. SMITH, ESQ.
Attorney for Debtors

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Mot Sell\MOST Mot Sell 062014-dlg.wpd       - 2 -