ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*July 1, 2014*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-14-50333-BTB |
| | Case No. BK-N-14-50331-BTB |
| ANTHONY THOMAS and WENDI THOMAS, | Chapter 11 Cases |
| | [Jointly Administered] |
| AT EMERALD, LLC, | |
| Debtors. _____/ | |

## CERTIFICATE OF SERVICE

I served the following documents: **EX PARTE MOTION TO SEAL AND REPLACE DOCKET ENTRIES 40, 44, AND 45 [DE 48], and DECLARATION OF ANTHONY THOMAS IN SUPPORT OF EX PARTE MOTION TO SEAL AND REPLACE DOCKET ENTRIES 40, 44, AND 45 [DE 49]**. I served the above-named documents by the following means to the persons as listed below:

__X__  **ECF System** to those persons listed on the attached Notices of Electronic Filing, attached hereto as **Exhibits A, and B,** respectively, on June 30, 2014.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on this 1st day of July, 2014.

| | |
|---|---|
| Roanna Bonaldi | /s/ Roanna Bonaldi |
| Name | Signature |

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Mot to File Under Seal\Cert Serv Mot File Under Seal (AT) 070114-rmb.wpd

# File a Motion:

14-50331-btb AT EMERALD, LLC (JNT - LEAD CASE #14-50333)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Reno) |
| Assets: y | Judge: btb | Case Flag: BAPCPA, JNTADMN |

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from ALAN R SMITH entered on 6/30/2014 at 5:05 PM PDT and filed on 6/30/2014
**Case Name:**         AT EMERALD, LLC (JNT - LEAD CASE #14-50333)
**Case Number:**       14-50331-btb
**Document Number:** 48

**Docket Text:**
Ex Parte Motion to Seal *and Replace Docket Entries 40, 44, and 45* Filed by ALAN R SMITH on behalf of AT EMERALD, LLC (Related document(s)[40] Motion to Sell Free and Clear of Liens Under Section 363(f)) filed by Debtor AT EMERALD, LLC, [44] Motion to Seal filed by Debtor AT EMERALD, LLC, [45] Declaration filed by Debtor AT EMERALD, LLC)(SMITH, ALAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\AT Emerald\Mot Sell\Mot to File Under Seal\Mot File Under Seal (AT) 063014.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/30/2014] [FileNumber=26558092-0
] [b7fd08d3bfca0bf0e3eebc636fe8915331907a6d702bb6bc050c3bbe4a6e957c27a
49ee98a66259034bd8436242e21b6581c1127220040a8a771a22cdf7729ed]]

**14-50331-btb Notice will be electronically mailed to:**

TIMOTHY A LUKAS on behalf of Creditor BEACH LIVING TRUST JOHN BEACH, AS TRUSTEE
ecflukast@hollandhart.com

ALAN R SMITH on behalf of Debtor AT EMERALD, LLC
mail@asmithlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

JOSEPH G WENT on behalf of Creditor BEACH LIVING TRUST JOHN BEACH, AS TRUSTEE
JGWent@hollandhart.com, algrangaard@hollandhart.com

EXHIBIT "A"

**14-50331-btb Notice will not be electronically mailed to:**

**Miscellaneous:**

<u>14-50331-btb AT EMERALD, LLC (JNT - LEAD CASE #14-50333)</u>

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Reno) |
| Assets: y | Judge: btb | Case Flag: BAPCPA, JNTADMN |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ALAN R SMITH entered on 6/30/2014 at 5:07 PM PDT and filed on 6/30/2014

**Case Name:**      AT EMERALD, LLC (JNT - LEAD CASE #14-50333)
**Case Number:**   <u>14-50331-btb</u>
**Document Number:** <u>49</u>

**Docket Text:**
Declaration Of: Anthony Thomas Filed by ALAN R SMITH on behalf of AT EMERALD, LLC (Related document(s)[40] Motion to Sell Free and Clear of Liens Under Section 363(f)) filed by Debtor AT EMERALD, LLC, [44] Motion to Seal filed by Debtor AT EMERALD, LLC, [45] Declaration filed by Debtor AT EMERALD, LLC) (SMITH, ALAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\AT Emerald\Mot Sell\Mot to File Under Seal\Decl Thomas Mot File Under Seal (AT) 063014.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/30/2014] [FileNumber=26558110-0
] [e24a2efb859ea9f7205e4484bd5513c28901a5214780b9e866ef15f884ba073e359
a3e0ac6dc7840cb9b1cd0f8437e4359f0f632c18f3bae04b8ef3a78947298]]

**14-50331-btb Notice will be electronically mailed to:**

TIMOTHY A LUKAS on behalf of Creditor BEACH LIVING TRUST JOHN BEACH, AS TRUSTEE
ecflukast@hollandhart.com

ALAN R SMITH on behalf of Debtor AT EMERALD, LLC
mail@asmithlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

JOSEPH G WENT on behalf of Creditor BEACH LIVING TRUST JOHN BEACH, AS TRUSTEE
JGWent@hollandhart.com, algrangaard@hollandhart.com

EXHIBIT " B "

**14-50331-btb Notice will not be electronically mailed to:**