ALAN R. SMITH, ESQ. #1449
HOLLY E. ESTES, ESQ. #11797
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**Email: mail@asmithlaw.com**
Attorney for Debtors
ANTHONY THOMAS and WENDI
THOMAS and AT EMERALD, LLC

*ELECTRONICALLY FILED*
*July 9, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

ANTHONY THOMAS and
WENDI THOMAS,

AT EMERALD, LLC,

          Debtors.
_____/

Case No.  BK-N-14-50333-BTB
Case No.  BK-N-14-50331-BTB
Chapter 11 Cases

[Jointly Administered Under Case No. BK-N-14-50333-BTB]

**NOTICE OF WITHDRAWAL OF PLEADINGS [Docket No. 40, 40-1, and 45]**

COMES NOW, Jointly Administered Debtors, ANTHONY THOMAS and WENDI THOMAS, and AT EMERALD, LLC (the "Debtors"), by and through their counsel, Alan R. Smith, Esq., of the Law Offices of Alan R. Smith, hereby file this Notice of Withdraw of **MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**, filed on June 23, 2014 [DE 40], ***EX PARTE* MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**, filed on June 23, 2014 [DE 44], and **DECLARATION OF ANTHONY THOMAS IN SUPPORT OF MOTION TO SELL ASSETS FREE AND CLEAR OF LIENS AND MOTION TO FILE PURCHASE AND SALE AGREEMENT UNDER SEAL**, filed on June 23, 2014 [DE 45] without prejudice.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\AT Emerald\Mot Sell\Ntc WD Mot Sell, MOST Mot Sell & Dec Thomas Mot Sell 070914-dlg.wpd

DATED this 9th day of July, 2014.

                                                  LAW OFFICES OF ALAN R. SMITH

                                                  */s/ Alan R. Smith*

By_____
     ALAN R. SMITH
     Attorney for Debtors

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada  89501**
**(775) 786-4579**

H:\AT Emerald\Mot Sell\Ntc WD Mot Sell, MOST Mot Sell & Dec Thomas-Mot Sell 070914-dlg.wpd

2