E-Filed: 09-11-14

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
RENO, NEVADA

In re:                                      )    Case No. 14-50331-btb
                                            )    Chapter 7
AT EMERALD, LLC,                            )
                                            )
                                            )
         Debtor.                            )

APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
AND DESIGNATION OF REQUIRED BOND

JERI COPPA-KNUDSON of RENO, NEVADA

is hereby appointed Interim Trustee for the estate(s) of the above named debtor(s). Unless a Trustee is elected at the meeting of creditors to be called pursuant to §341 of Title 11, United States Code, in the above referenced case, the Interim Trustee shall serve as Trustee.

In order to perform the duties of trustee pursuant to 11 U.S.C. § 704(a), Trustee Jeri Coppa-Knudson is authorized to collect and reduce to money all property of the estate, both real and personal, and to have full and unconditional access to and control of any and all commercial or personal accounts and documents established by, maintained by or funded by the Debtor, including without limitation, freezing accounts, wiring funds to estate's federal depository, maintaining and transacting business with the existing accounts, changing the mailing addresses, and obtaining past account and document histories.

This case is covered by the blanket bond for Chapter 7 case Trustees, the original of which is on file with the Court.

                                            Tracy Hope Davis
                                            United States Trustee
                                            for Region 17

Dated: September 11, 2014                   by: /s/ Nicholas Strozza
                                            NICHOLAS STROZZA
                                            Assistant United States Trustee