RECEIVED AND FILED

'14 OCT 1 AM 9 54

U.S. ...
MARY A. SCHOTT, CLERK

Anthony George Thomas &
Wendi Thomas, Pro Per
7725 Peavine Peack Court
Reno, Nevada 89523
Phone: 408-640-2795
Email: ATEmerald2@gmail.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:                                          ) Case No: BK-N-14-50333-btb
                                                ) Chapter   11
ANTHONY THOMAS and WENDI THOMAS                 )
                                                ) [Lead Case – Jointly Administered]
                                                )
Affects AT EMERALD LLC                          ) Case No: BK-N-14-50331-btb
                                                ) Chapter   11
                                                )
                                                ) DECLARATION OF ANTHONY
                                                ) THOMAS IN SUPPORT OF HIS
                                                ) OPPOSITION TO THE TRUSTEES
                                                ) MOTION TO APPROVE
                                                ) ADMINISTRATIVE EXPENSE
                                                )
                                                ) Date: October 1, 2014
                                                ) Time: 10:00 a.m.

I, Anthony George Thomas, hereby declare:

1. I am the debtor, in the above matter, along with my wife and Emerald LLC. I have no objection to the petition therein for the Trustee and John Beach to inspect the emerald, as long I am allowed to accompany them when they inspect the emerald and that said inspection take place anytime after the 15th of October. I have spoken with the buyer whom the court approved the sale to in July 2014. The buyer has informed me that although he's had problems in clearing the transfer of the 200 million dollars to

1

complete the sale, he will be able to accomplish the same by the 15th of October. The buyer and I have known each other for quite some time and has no problem with the Trustee and Mr. Beach or his nominee inspecting the emerald provided that I am present for said inspection, otherwise without my presence the buyer would condition release of said funds with a further inspection. Additionally in that I have a key to the vault, my presence would eliminate the drilling of the vault and save the estate unnecessary expense.

In summary, I have no objection to the petition provided that I am allowed to accompany them when they inspect the emerald and that said inspection be anytime after October 15, 2014. I will personally pay my expenses for this trip. Prior to preparing this objection I attempted to reach the Trustee and Mr. Beach by both phone and email to seek a stipulation for the same but without success.

I declare under penalty of perjury pursuant to the laws of the State of Nevada that the foregoing is true and correct.

Signed:   September 30, 2014, at Reno Nevada

Anthony Thomas

9/30/2014                                                                 Gmail - Work together to accomplish the same goals



## Work together to accomplish the same goals

**Anthony Thomas** <atemerald2@gmail.com>                                        Tue, Sep 30, 2014 at 1:50 PM
To: "renobktrustee@gmail.com" <renobktrustee@gmail.com>
Bcc: "machadolaw.offices@gmail.com" <machadolaw.offices@gmail.com>

Dear Jeri, I would like to work with you to accomplish the same goals, to sell the Thomas emerald and pay off my creditors. Jeri nobody knows more about that emerald and the history of why its so unique and rare in the world then me. I can help educate to save you a lot of time and research so that we get the most value for it. We still have a buyer that wants to purchase the Emerald. He is the quickest way to liquidating the Emerald. I would like to stipulate to an agreement so that we can get this accomplished. I tried to talk to Holland & Heart about this but they said I needed to talk to you. I have called your office several times and have not got a return phone call, my phone number is 408-640-2795 please call me back so that we can work together to get this done.
Regards
Tonyu