1  ALAN R. SMITH, ESQ.
   Nevada Bar No. 1449
2  HOLLY E. ESTES, ESQ.
   Nevada Bar No. 11797
3  Law Offices of Alan R. Smith
   505 Ridge Street
4  Reno, Nevada 89501
   Telephone (775) 786-4579
5  Facsimile (775) 786-3066
   Email: mail@asmithlaw.com

*ELECTRONICALLY FILED*
*December 10, 2014*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In Re:                                    Case No. BK-N-14-50331-BTB

AT EMERALD, LLC,                          Chapter 7

                                          **SUPPLEMENT TO FIRST AND FINAL APPLICATION BY ATTORNEY FOR DEBTOR TO APPROVE COMPENSATION (ALAN R. SMITH)**

        Debtor,

                                          Hearing Date: December 17, 2014
_____/          Hearing Time: 10:00 a.m.

   Alan R. Smith, Esq., of the Law Offices of Alan R. Smith (hereinafter "Applicant"), submits this supplement to the first and final application for compensation for professional services rendered and reimbursement of costs incurred as follows:

   Fees and costs incurred from October 1, 2014, through October 31, 2014, in the amount of $395.25, as referenced in the billing statement attached as **Exhibit "A,"** plus additional fees of $2,500.00, to compensate for filing of Applicant's Response To Objection To Application For Compensation Of Attorney For Debtors (Alan R. Smith) and appearance at the hearing thereon.

   Applicant requests allowance of the supplemental fees in the amount of $2,895.25.

   DATED this 10th day of December, 2014.

                                          LAW OFFICES OF ALAN R. SMITH

                                          By:    /s/ Alan R. Smith
                                                 ALAN R. SMITH, ESQ.
                                                 Attorney for Debtor

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\AT Emerald\Fees\Fee App (Supp) ARS 121014-dlg.wpd

# Exhibit "A"

**ALAN R. SMITH**
505 Ridge Street
Reno, Nevada   89501
(775) 786-4579
FAX (775) 786-3066

AT Emerald, LLC                                                                   November 30, 2014
7725 Peavine Peak Ct
Reno, NV 89523

|            |       |
|---         |---    |
| File #:    | 1446-01 |
| Inv #:     | 7704  |

**Attention:**

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | TIMEKEEPER |
|---|---|---|---|---|
| Oct-01-14 | [Fee/Employment Applicants] Review DLG draft fee application for ARS; mark changes to be made. | 0.30 | 90.00 | HEE |
| Oct-07-14 | [Fee/Employment Applicants] Revise fee application; Prepare notice of hearing; File with Court; Calendar all dates; Prepare Certificate of Service; File with Court; Prepare Court copies; Do matrix mailing. | 2.00 | 300.00 | DLG |
|  | Totals | 2.30 | $390.00 |  |

**DISBURSEMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| Oct-31-14 | Photocopy Expense | 5.25 |
|  | Totals | $5.25 |

|  |  |
|---|---|
| **Total Fee & Disbursements** | $395.25 |
| Previous Balance | 42,401.03 |
| **Balance Now Due** | **$42,796.28** |

## TRUST STATEMENT

|  | Disbursements | Receipts |
|---|---:|---:|
| Trust Balance Forward |  | 5,000.00 |
| Total Trust | $0.00 | $5,000.00 |
| **Trust Balance** |  | **$5,000.00** |