Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

E-Filed 3/3/16

Attorney for Jeri Coppa-Knudson, Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

AT EMERALD, LLC,

      Debtor.
_____/

CASE NO.  BK-N-14-50331-BTB
CHAPTER  7

**STIPULATION TO EXTEND PERIOD OF LIMITATIONS**

**Hearing Date: N/A**
**Hearing Time:**

      Jeri Coppa-Knudson, chapter 7 trustee ('Trustee") and John Beach, as trustee of the Beach Living Trust (the "Beach Trust") agree as follows:

      1. AT Emerald filed its chapter 11 petition on March 4, 2014. The chapter 11 case was converted to chapter 7 on August 29, 2014.

      2. The Trustee has two years from the original petition date within which to commence avoidance actions under chapter 5 of the Bankruptcy Code.

      3. The Trustee has identified a potential avoidance action against the Beach Trust.

      4. The Trustee and the Beach Trust agree that the period of limitations under 11 U.S.C. § 546(a) is not jurisdictional and may be extended by agreement. Accordingly,

      **IT IS STIPULATED** that the period within which the Trustee may commence an avoidance action against the Beach Trust is extended to August 31, 2016.

| HARTMAN & HARTMAN | HOLLAND & HART |
|---|---|
| /S/ Jeffrey L. Hartman<br>Jeffrey L. Hartman, Esq. for<br>Jeri Coppa-Knudson, Trustee | /S/ Timothy Lukas<br>Timothy Lukas, Esq. for<br>John Beach as Trustee of the<br>Beach Living Trust |