

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 03, 2016

Jeffrey L. Hartman, Esq., #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Fax: (775) 324-1818
notices@bankruptcyreno.com

Attorney for Jeri Coppa-Knudson, Trustee

**E-LODGED 3/3/16**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | CASE NO.   BK-N-14-50331-BTB |
|  | CHAPTER   7 |
| AT EMERALD, LLC. | **ORDER APPROVING STIPULATION TO EXTEND PERIOD OF LIMITATIONS** |
| Debtor. | |
|  | **Hearing Date: N/A** |
|  | **Hearing Time:** |
| _____ / | |

The matter came before the Court on a Stipulation To Extend Period Of Limitations ("Stipulation") by and between Jeri Coppa-Knudson, chapter 7 trustee ('Trustee") and John Beach, as trustee of the Beach Living Trust (the "Beach Trust").  Based upon the terms of the Stipulation and agreement of the parties thereto, and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved and the Trustee shall have until August 31, 2016 to commence an avoidance action against the Beach Trust.

| **HARTMAN & HARTMAN** | **HOLLAND & HART** |
|---|---|
| /S/Jeffrey L. Hartman | /S/ Timothy Lukas |
| Jeffrey L. Hartman, Esq. for | Timothy Lukas, Esq. for |
| Jeri Coppa-Knudson, Trustee | John Beach as Trustee of the |
|  | Beach Living Trust |